

**FILED**
NOV 0 9 2018
Clerk, U.S. District and
Bankruptcy Courts

Certificate Number: 02998-DC-CC-031882597



02998-DC-CC-031882597

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 9, 2018</u>, at <u>9:31</u> o'clock <u>AM EST</u>, <u>Lorie Rones</u> received from <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Columbia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  November 9, 2018              By:    /s/Tyieshia Marshall

                                     Name:  Tyieshia Marshall

                                     Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).