NTCRDO13 **(12/15)**



In Re: **Lorie Lynn Rones**

Case No.: **18−00728−SMT**
Chapter: **13**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**ORDER TO FILE REQUIRED DOCUMENTS**
========================================================

The following documents required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure have not yet been filed:

| | | | |
|---|---|---|---|
| ☑ | Schedules A/B−J (Official Form 106 for individuals or 206 for non−individuals)[1] | ☑ | Statement of Your Financial Affairs (Official Form 107 for individuals or 207 for non−individuals) |
| ☑ | Copies of All Payment Advices or Other Evidences of Payment/Statement That No Evidence of Payment Exists[2] | ☑ | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C−1) |
| ☑ | Chapter 13 Plan of Reorganization[3] | | |

The missing documents indicated above must be filed by 11/23/2018 to comply with the Federal Rules of Bankruptcy Procedure. **Failure to file the missing documents within fourteen (14) days of the petition date may result in dismissal of this case.** It is

ORDERED that, unless the debtor obtains an extension of time, the debtor must file the foregoing documents by 11/23/2018.[4]

Copies to: Debtor(s); Attorney for the Debtor(s) (if any).

_____

[1] All Official Forms are available at http://www.uscourts.gov/bkforms/bankruptcy_forms.html. If schedules D or E/F are filed after the mailing matrix and list of creditors are filed, the debtor(s) must file either an amended mailing matrix and list of creditors or a certification that no changes have been made to the mailing matrix. Finally, the debtor(s) must pay a $31.00 fee if the schedules require the filing of an amended mailing matrix and list of creditors to add or delete a creditor.

[2] A debtor who has received no payment advices or other evidence of payment from an employer within the sixty (60) days preceding the filing of the petition may satisfy the requirements of § 521(a)(1)(B)(iv) by filing a statement to that effect on the court's docket.

[3] This court's local rules require that the debtor(s) also file a certificate of service reflecting the mailing of the plan and notice of the opportunity to object to confirmation of the plan with the plan. See Local Bankr. R. 3015−1(c) and 5005−3. Templates conforming to the court's suggested format for all chapter 13 plans are available at the office of the clerk of the court and (as a "pdf" document with interactive fields) on the court's website at http:www.dcb.uscourts.gov under the link "Forms & Publications."

[4] Pursuant to a motion requesting an extension for cause the court may grant an extension of time under F.R. Bankr. P. 9006. The court generally looks with disfavor on motions to extend the deadline to file the required documents to a date after the meeting of creditors.

For the Court:
Angela D. Caesar

Dated: 11/9/18

By:
FB