INSTO (02/03)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
Lorie Lynn Rones  
**Debtor**

**Case No.** 18−00728−SMT

**Chapter** 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

===========================================================

   IT IS ORDERED that the debtor(s) may pay the filing fee in installments of the terms proposed in the foregoing application. The debtor's installment dates, per Standing Order §6, are as follows: $75.00 due by 12/24/2018, $77.50 due by 2/7/2019 and $77.50 due by 3/11/2019.

   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for the services in connection with this case.

Dated: 11/9/18

For the Court:  
Angela D. Caesar  
BY:  FB