**FILED**

**NOV 1 6 2018**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re  
**Lorie Lynn Rones**

          Debtor(s).

Case No. __18-00728-SMT__  
(Chapter __13__)

LIST OF CREDITORS AND MAILING MATRIX

1. The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's Local Bankruptcy Rules, consists of __2__ pages and a total of __7__ entities listed.

2. The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, and E/F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

Page 1 of 2

- each entity required to be listed on Schedule H – Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __16__ day of __November__, __2018__ by:

_____
Debtor

Executed on this __16__ day of _____, _____ by:

_____
Joint Debtor (if joint case filed by both spouses)

Page 2 of 2

HSBC Bank USA, National Association
Trustee for Nomura Home Equity Loan, Inc
Attn: Bankruptcy Dept.
PO Box 9068
Brandon, FL 33509-9068


Ocwen Loan Servicing, LLC
ATTN: Bankruptcy Dept.
PO Box 24738
West Palm Beach, FL 33416-4738



D.C. Water and Sewer Authority
5000 Overlook Avenue, SW
Washington, DC 20032



Pepco
PO Box 13608
Philadelphia, PA 19101

Corporate Correspondence
Pepco
PO Box 97274
Washington, DC 20090-7274


U.S. Department of Education
P.O. Box 105193
Atlanta, GA  30348-5193


Credit Adjustments, Inc.
P.O. Box 5640
Manchester, NH 03108