**SO37 (5/03)**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
Lorie Lynn Rones  
**Debtor**

**Case No.** 18−00728−SMT

**Chapter** 13

## ORDER DISCHARGING ORDER TO SHOW CAUSE

==============================================

Upon the satisfactory response of the Debtor, by filing a Mailing Matrix in response to the court's order to show cause, it is

ORDERED that the court's order to show cause is DISCHARGED.

Dated: 11/16/18

For the Court:  
Angela D. Caesar  
BY:  FB

United States Bankruptcy Court
District of Columbia

In re:                                                                    Case No. 18-00728-SMT
Lorie Lynn Rones                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0090-1    User: admin    Page 1 of 1    Date Rcvd: Nov 16, 2018
                       Form ID: so37    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2018.
db          +Lorie Lynn Rones,    2922 Pennsylvania Ave, SE,    Washington, DC 20020-3837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 16 2018 23:25:45
              BMW Bank of North America, c/o AIS Portfolio Servi,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
                                                                                                 TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
      Nancy Spencer Grigsby    grigsbyecf@ch13md.com
      U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                                 TOTAL: 2