The order below is hereby signed.

Signed: November 21 2018



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| LORIE LYNN RONES, | ) | Case No. 18-00677 |
| | ) | (Chapter 13) |
| Debtor. | ) | |

## ORDER

Upon consideration of the debtor's motion to extend the deadline to file required documents (Dkt. No. 21), it is

ORDERED that the debtor is granted until December 5, 2018, to file her Schedules A/B-J (Official Form 106), Copies of All Payment Advices or Other Evidence of Payment/Statement That No Evidence of Payment Exists, Statement of Your Financial Affairs, Chapter 13 Statement of Your Current Monthly Income, and Chapter 13 Plan of Reorganization.

[Signed and dated above.]

Copies to: Debtor (by hand-mail); recipients of e-notifications.

R:\Common\TeelSMT\TTB\Orders\Deadline Extension\Order re Extending Deadline to File Schedules (13)_Lorie Rones_v2.wpd