The Order below is hereby signed.

Signed: November 21 2018



S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
LORIE LYNN RONES,                  )    Case No. 18-00677
                                   )    (Chapter 13)
            Debtor.                )

ORDER

Upon consideration of the debtor's motion to extend the deadline to file required documents (Dkt. No. 21), it is

ORDERED that the debtor is granted until December 5, 2018, to file her Schedules A/B-J (Official Form 106), Copies of All Payment Advices or Other Evidence of Payment/Statement That No Evidence of Payment Exists, Statement of Your Financial Affairs, Chapter 13 Statement of Your Current Monthly Income, and Chapter 13 Plan of Reorganization.

[Signed and dated above.]

Copies to: Debtor (by hand-mail); recipients of e-notifications.

S:\Common\TeelSMT\TTU\Orders\Deadline Extention\Order re Extending Deadline to File Schedules (13)_Lorie Rones_v2.wpd

United States Bankruptcy Court
District of Columbia

In re:  
Lorie Lynn Rones  
    Debtor

Case No. 18-00728-SMT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 1     Date Rcvd: Nov 21, 2018  
                   Form ID: pdf001    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.  
db         +Lorie Lynn Rones,    2922 Pennsylvania Ave, SE,    Washington, DC 20020-3837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2018 at the address(es) listed below:  
       Nancy Spencer Grigsby    grigsbyecf@ch13md.com  
       U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV  
                                                                                                      TOTAL: 2