**FILED**

**DEC 0 7 2018**

**Clerk, U.S. District and Bankruptcy Courts**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF Columbia

In re: Lorie Lynn Rones

Case No: 18-00728-SMT    (if known)

Chapter 13

Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my/their knowledge.

Date: 12/5/18

_____
Debtor   Lorie Lynn Rones

Date: _____

_____
Joint Debtor



RECEIVED
Mail Room

DEC - 7 2018

Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

Pepco
Account
P.O. Box 13608

Philadelphia      PA   19101

D.C. Water and Sewer Authority
Account 5381
5000 Overlook Avenue, SW

Washington      DC   20090

U.S. Department of Education
Account 7951
P.O. Box 105193

Atlanta         GA   30348

Credit Adustments, Inc
Account
P.O. Box 5640

Atlanta         GA   30348

HSBC Bank USA National Asso
Account 9660
PO Box 9068

Brandon         FL   33509

BMW
Account



Ocwen
Account 9660
P.O. Box 24646

West Palm Beach   FL   33416


Account




Account