oflamx13 (04/10)



In Re: **Lorie Lynn Rones**

Case No.: **18−00728−SMT**
Chapter: **13**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**ORDER TO FILE AMENDED MAILING MATRIX
COVERSHEET OR SHOW CAUSE WHY MATRIX OUGHT NOT BE STRICKEN**
================================================================

On 12/07/2018, the debtor(s) filed a list under Fed. R. Bankr. Proc. 1007(a)(1) and mailing matrix in the above−captioned case (Dkt. No. 30). The list and matrix were filed, however, using the wrong form of verification.[1]

Previously, the court required only a signed coversheet. Now, however, the court requires the debtor to declare, under penalty of perjury, that the list and matrix contain the true and correct name and address of (1) each creditor; (2) each of the parties required to be listed on Schedule G; and (3) each entity required to be listed on Schedule H. The coversheet the debtor(s) submitted with the list and matrix did not meet these requirements. It is thus

ORDERED that within 7 days of the entry of this order the debtor(s) shall file an amended list and mailing matrix accompanied by a proper form of verification or show cause, by a writing filed with this court, why the list and mailing matrix (Dkt. No. 30) ought not be stricken.

Copies to:

Debtor(s)
Attorney for the Debtor(s) (if any)
Chapter 13 Trustee

_____

[1] An acceptable form of verification, which can also be found on the court's website at
http://www.dcb.uscourts.gov/dcb/local−forms, is attached to this order.

For the Court:
Angela D. Caesar

Dated: 12/7/18

By:
FB

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| | ) | Case No. _____ |
| | ) | (Chapter ____) |
| Debtor(s). | ) | |

AMENDMENT TO LIST OF CREDITORS AND MAILING
MATRIX TO ADD PREVIOUSLY UNLISTED ENTITY OR ENTITIES

1. For the entities on the attached list, the List of Creditors and Mailing Matrix previously filed in this case is amended to add the name and address of each such entity. The attached list, consists of _____ pages and a total of _____ entities listed with their correct addresses.

2. As hereby amended (and as amended by any prior amendments filed and by any amendment(s) being filed contemporaneously herewith), the List of Creditors and Mailing Matrix contains a true and correct name and address of:

− each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

− each of the parties required to be listed on Schedule G − Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

− each entity required to be listed on Schedule H − Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co−signers).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of _____, _____ by:

_____
Debtor

Executed on this _____ day of _____, _____ by:

_____
Joint Debtor (if joint case filed by both spouses)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re                                                )

                                                     )

                                                     )          Case No.
                                                                _____

                                                     )          (Chapter ____)


                        Debtor(s).    )

AMENDMENT TO LIST OF CREDITORS
AND MAILING MATRIX TO CHANGE ADDRESS OF PREVIOUSLY
LISTED ENTITY (OR ADDRESSES OF PREVIOUSLY LISTED ENTITIES)

   1. For the entities on the attached list, the List of Creditors and Mailing Matrix previously filed in this case is amended to change the address of each such entity. The attached list, consists of _____ pages and a total of _____ entities listed with their correct addresses.

   2. As hereby amended (and as amended by any prior amendments filed and by any amendment(s) being filed contemporaneously herewith), the List of Creditors and Mailing Matrix contains a true and correct name and address of:

   − each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

   − each of the parties required to be listed on Schedule G − Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

   − each entity required to be listed on Schedule H − Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co−signers).

I declare under penalty of perjury that the foregoing is true and correct.

   Executed on this _____ day of _____, _____ by:

                         _____
                         Debtor

   Executed on this _____ day of _____, _____ by:

                         _____
                         Joint Debtor (if joint case filed by both spouses)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re                )

                     )

                     )          Case No.
                                _____

                     )          (Chapter ____)


                Debtor(s).   )

AMENDMENT TO LIST OF CREDITORS AND MAILING MATRIX
TO CHANGE NAME(S) OF PREVIOUSLY LISTED ENTITY OR ENTITIES

   1. For the entities on the attached list, the List of Creditors and Mailing Matrix previously filed in this case is amended to change the name of each such entity. The attached list, consists of _____ pages and a total of _____ entities listed with their correct addresses. A separate Amendment to List of Creditors and Mailing Matrix to Delete Previously Listed Entity or Entities is also being filed in order to delete the erroneous listing for each entity whose listing is being hereby corrected.

   2. As hereby amended (and as amended by any prior amendments filed and by any amendment(s) being filed contemporaneously herewith), the List of Creditors and Mailing Matrix contains a true and correct name and address of:

   − each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

   − each of the parties required to be listed on Schedule G − Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

   − each entity required to be listed on Schedule H − Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co−signers).

I declare under penalty of perjury that the foregoing is true and correct.

   Executed on this _____ day of _____, _____ by:

                        _____
                        Debtor

   Executed on this _____ day of _____, _____ by:

                        _____
                        Joint Debtor (if joint case filed by both spouses)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re                                            )

                                                 )

                                                 )            Case No.
                                                              _____

                                                 )            (Chapter ____)


                                  Debtor(s).    )

AMENDMENT TO LIST OF CREDITORS AND MAILING
MATRIX TO DELETE PREVIOUSLY LISTED ENTITY OR ENTITIES

   1. For the entities on the attached list, the List of Creditors and Mailing Matrix previously filed in this case is amended to delete each such entity under an erroneous name). The attached list, consists of _____ pages and a total of _____ entities listed with each entity's correct address. If the listing of an entity is being deleted because the name of the entity was erroneous, I am also filing a separate Amendment to List of Creditors and Mailing Matrix to Change Name of Previously Listed Entity or Entities that will list the entity using its correct name.

   2. As hereby amended (and as amended by any prior amendments filed and by any amendment(s) being filed contemporaneously herewith), the List of Creditors and Mailing Matrix contains a true and correct name and address of:

   − each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

   − each of the parties required to be listed on Schedule G − Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

   − each entity required to be listed on Schedule H − Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co−signers).

I declare under penalty of perjury that the foregoing is true and correct.

   Executed on this _____ day of _____, _____ by:

                          _____
                          Debtor

   Executed on this _____ day of _____, _____ by:

                          _____
                          Joint Debtor (if joint case filed by both spouses)