**alter13 (4/10)**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

| | |
|---|---|
| **In Re** | **Case No.** 18−00728−SMT |
| Lorie Lynn Rones | |
| **Debtor** | **Chapter** 13 |

### ORDER TO FILE LBR 1007−2 STATEMENT, SUPPLEMENTAL MAILING MATRIX, OR TO SHOW CAUSE

====================================================

On 11/09/2018, the debtor(s) filed a bankruptcy petition in the above−captioned case (Dkt. No. 1) and filed a mailing matrix on 11/16/2018. Thereafter, on 01/02/2019, the debtor(s) filed amended schedules.

LBR 1007−2 requires that a supplemental mailing matrix be filed with any schedule(s) or amended schedule(s) which contains alterations or additions to the information required to appear on the matrix. Alternatively, if the schedule(s) or amended schedule(s) does not contain alterations or additions to the information required to appear on the matrix, the debtor(s) can submit a statement to that effect. Accordingly, it is

ORDERED that within 7 days of entry of this order the debtor either:
− submit a statement that the amended schedule(s) do not contain alterations or additions to the information required to appear on the lists under Fed. Rs. Bankr. Proc. 1007(a)(1) or 1007(a)(3) and thus on the mailing matrix, including that they do not add any entity required to appear on the matrix, nor change the name or address of any such entity;
− submit a supplemental mailing matrix and LBR 1009−2(e) certificate; or
− show cause, by a writing filed with this court, why the amended schedules (Dkt. No. 40) ought not be stricken.

Copies to:

Debtor(s)
Attorney for the Debtor(s) (if any)
Chapter 13 Trustee

Dated: 1/3/19

For the Court:
Angela D. Caesar

By:
BB

United States Bankruptcy Court
District of Columbia

In re:                                                              Case No. 18-00728-SMT
Lorie Lynn Rones                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0090-1          User: admin              Page 1 of 1           Date Rcvd: Jan 03, 2019
                              Form ID: alter13         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
db            +Lorie Lynn Rones,    2920 Pennsylvania Ave, SE,    Washington, DC 20020-3837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
              Nancy Spencer Grigsby    grigsbyecf@ch13md.com
              U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                             TOTAL: 2