| | |
|---|---|
| Case Number: | 18-00728-SMT |
| Petition Filing Date: | 11/9/2018 |
| Plan Filing Date: | 12/10/2018 |
| First Payment: | 12/9/2018 |
| Confirmation Date and Time: | 1/11/2019 9:30 AM |

| | |
|---|---|
| Debtor(s): | LORIE LYNN RONES |
| Counsel: | PRO SE - DEBTOR |
| Phone #: | 0000000000 |
| E-Mail: | PRO SE - DEBTOR |

| | | | |
|---|---|---|---|
| First Meeting Date and Time: | Dec 17 2018 10:00AM | First Meeting Complete? | suspended; D to retain counsel |
| ☑ Photo ID & SSN Verified | | Continued 341 Date: | 1/1/1900 |
| Prior Bkys | ☑ No ☐ Yes | Continued Confirmation Date: | 1/1/1900 |
| Present Creditors: | D related case Walter Peacock spouse 16-615 | ☐ CH7 | ☐ CH13 Year Filed |

| | |
|---|---|
| Performance: | pp pd |
| Income/DI: | NEED proof of all HH Income<br>$750/mo is rental income<br>NEED bus reports, bank statements |
| Tax/Refund History: | D states not required to file, but spouse filed TR; she is not on his returns |
| Expense Verification: | Mtge $1686<br>Mtge $2203<br>Veh ins $420 - no vehicle listed<br>Clothing $400/mo - too high<br>D is co-signer on BMW 9/1/18 with son |
| Chapter 7 Liqudation: | Inv RE 2922 Penn Ave SE - no non-exempt equity<br>residence is 2920 Penn Ave SE<br>NEED valuations on all RE |
| Amended Plan: | |
| Amended Schedules: | A - list 2920 Penn Ave SE - residence<br>C- incorrect exempt for RE<br>I & J include all HH income and exp |
| Motion/Objections: | Plan calls for cramdown on inv prop HSBC |
| Other: | |

Meeting Conducted By: Nancy Spencer Grigsby, Trustee

Reviewed By: Nancy Spencer Grigsby, Trustee

Reviewed Date: 1/6/19

| | | | | |
|---|---|---|---|---|
| Date and Time: 1/1/1900 | 1St Conf Hearing: 1/11/2019 9:30 AM | E-mailed | | ☐ Yes ☐ No |
| Petition Filing Date: 11/9/2018 | Bar Date: 02/25/2019 | No. of Hearings | | |
| Case Number: 18-00728-SMT | | | | |
| Debtor(s) Name: | LORIE LYNN RONES | Counsel:<br>Phone nunber | PRO SE - DEBTOR<br>0000000000 | |
| Cont. 341 Date: 1/1/1900 | | 1st 341 Date | Dec 17 2018 10:00AM | |

| | | | | | |
|---|---|---|---|---|---|
| Plan # | | Term of Plan: | 60 | Convert from 7<br>☐ YES<br>☐ NO | Conversion Date: |
| Scheduled Monthly Payment: | | Payments Due | | Total Plan Payment Due: | $ |
| Gross Funding | $24000.00 | Balance on Hand less Trustee fee: | $371.20 | Def Amt =$ -398.63 | |
| Default as of | | DI=$ | CMI | # of Pay ( ___ ) | |

☐ Confirmed Plan # _____ as is                    ☐ Confirmed Plan # _____ with consent addendum
Confirmed on condition that: _____    received in 10 days
                                                                             Hearing date:

| ☐ Denied with leave to amend: | Plan due: _____ | |
| --- | --- | --- |
| ☐ Denied without leave to amend | Continued to Hearing Date: | |
| ☐ Dismissed  ☐ Converted | | TEE FILED OBJECTION |

Plan Payment Information: FOR INTERNAL USE ONLY
☐  Wage Order  ☐ Debtor 1   ☐ Debtor 2    ☐   50/50
☐  Full Payroll Address _____
    _____
    (If Debtor is a W-2 employee, must have Motion to Waive Wage Order filed by time of confirmation or Wage Order will be filed with Court.)
☐   Epay Doc # _____    ☑ Self Employed   ☐ Retired   ☐ Disability   ☐ Unemployed

☐ Non Standard Language      ☐ Mtn avoid lien/value claim
☐ Plan avoid lien/value claim
     Objection filed              ☐ Yes  ☐ No  Date filed _____
     Cert of compliance filed     ☐ Yes  ☐ No  Date filed _____
     Date set for hearing         ☐ Yes  ☐ No  Date _____