## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

IN RE:

**LORIE LYNN RONES**

Case No.  **18-00728-SMT**
Chapter 13

Debtor

## COMBINED NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS AND NOTICE OF CONTINUED CONFIRMATION HEARING

Pursuant to the request of the debtor(s) to continue the Section 341 meeting of creditors in this case, a continuance has been approved by the Chapter 13 Trustee, NANCY L. SPENCER GRIGSBY, and the Section 341 meeting of creditors has been continued to January 14, 2019 at 1:00 pm. This meeting of creditors will be held at the E Barrett Prettyman U.S. Courthouse, 333 Constitution Ave. NW, Room 1207 (1st Floor), Washington DC 20001.

Further, the confirmation hearing set in this matter for Friday, January 11, 2019 at 9:30 am is continued to February 15, 2019 at 9:30 am, E Barrett Prettyman U.S. Courthouse, 333 Constitution Ave. NW, Courtroom 1, Washington, DC 20001.

PLEASE BE ADVISED THAT YOU ARE REQUIRED TO SERVE THIS NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST LISTED ON THE MAILING MATRIX FILED WITH THE COURT. ALSO, A CERTIFICATE OF MAILING OF THIS NOTICE MUST BE FILED WITH THE COURT WITHIN 10 DAYS OF THE DATE OF THIS NOTICE, OR THE MEETING WILL NOT BE CONDUCTED.

Respectfully Submitted,

Date: January 07, 2019

**/s/ NANCY L. SPENCER GRIGSBY**

NANCY L. SPENCER GRIGSBY
CHAPTER 13 TRUSTEE
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
NGRIGSBY@CH13MD.COM

NOTE - You may make copies of this notice as appropriate for the notification to creditors and other parties in interest of the continuance.

## CERTIFICATE OF SERVICE

I hereby certify that the Notice of Continuance was served on **January 07, 2019** electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid to:

LORIE LYNN RONES
2920 PENNSYLVANIA AVE, SE
WASHINGTON, DC  20020
*Debtor*

PRO SE - DEBTOR
ACTING AS OWN ATTORNEY

*Attorney for Debtor*

/s/ **NANCY L. SPENCER GRIGSBY**
NANCY L. SPENCER GRIGSBY
CHAPTER 13 TRUSTEE