| | | | |
|---|---|---|---|
| Case Number: | 18-00728-SMT | Debtor(s) | LORIE LYNN RONES |
| Petition Filing Date: | 11/9/2018 | | |
| Plan Filing Date: | 12/10/2018 | Counsel: | KEVIN JUDD ESQ |
| First Payment: | 12/9/2018 | Phone #: | 2024836070 |
| Confirmation Date and Time: | 1/11/2019 9:30 AM | E-Mail: | bkadmin@juddlawfirm.com |

| | | | |
|---|---|---|---|
| First Meeting Date and Time: | Dec 17 2018 10:00AM | First Meeting Complete? | concluded |
| ☒ Photo ID & SSN Verified | | Continued 341 Date: | 1/28/2019 10:00:00 AM |
| Prior Bkys | ☒ No ☐ Yes | Continued Confirmation Date: | 2/15/2019 9:30:00 AM |
| Present Creditors: | D related case Walter Peacock spouse 16-615 | ☐ CH7 | ☐ CH13 Year Filed |

| | |
|---|---|
| Performance: | car pd; 2-3 pp pd |
| Income/DI: | No rental income<br>NEED bus reports, bank statements |
| Tax/Refund History: | D states not required to file, but spouse filed TR; she is not on his returns;<br>NEED to speak to IRS to be certain no returns req.<br>NEED 2018 returns |
| Expense Verification: | Mtge $1686<br>Mtge $2203<br>Veh ins $420 - no vehicle listed<br>Clothing $400/mo - too high<br>D is co-signer on BMW 9/1/18 with son |
| Chapter 7 Liqudation: | Inv RE 2922 Penn Ave SE - no non-exempt equity<br>residence is 2920 Penn Ave SE<br>NEED valuations on all RE |
| Amended Plan: | NEED all DI - pay GUS 100% plus int |
| Amended Schedules: | |
| Motion/Objections: | |
| Other: | working on loan mod; D not liable on mortgages |

Meeting Conducted By: Nancy Spencer Grigsby, Trustee

Reviewed By: Nancy Spencer Grigsby, Trustee

Reviewed Date: 2/10/19

| | | | | | |
|---|---|---|---|---|---|
| Date and Time: **2/15/2019 9:30:00 AM** | 1St Conf Hearing: **1/11/2019 9:30 AM** | E-mailed | ☐ Yes ☒ No | | |
| Petition Filing Date: **11/9/2018** | Bar Date: **02/25/2019** | No. of Hearings | 1 nsg | | |
| Case Number: **18-00728-SMT** | | | | | |
| Debtor(s) Name: | **LORIE LYNN RONES** | Counsel:<br>Phone nunber | **KEVIN JUDD ESQ**<br>**2024836070** | | |
| Cont. 341 Date: 1/28/2019 10:00:00 AM | | 1st 341 Date | **Dec 17 2018 10:00AM** | | |

| | | | | | |
|---|---|---|---|---|---|
| Plan # | | Term of Plan: | 60 | Convert from 7 ☐<br>YES ☐ NO ☒ | Conversion Date: |
| Scheduled Monthly Payment: | | Payments Due | | Total Plan Payment Due: | $ |
| Gross Funding | $24000.00 | Balance on Hand less Trustee fee: | $1600.80 | Def Amt =$ -1719.08 | |
| Default as of | | DI=$ | CMI | # of Pay (____) | |

☐ Confirmed Plan # _____ as is        ☐ Confirmed Plan # _____ with consent addendum

Confirmed on condition that: _____ received in 10 days

☐ Denied with leave to amend:        Plan due: _____        Hearing date:

☐ Denied without leave to amend
☐ Dismissed  ☐ Converted

Continued to Hearing Date:

TEE FILED OBJECTION

Plan Payment Information: FOR INTERNAL USE ONLY
☐ Wage Order  ☐ Debtor 1  ☐ Debtor 2  ☐ 50/50
☐ Full Payroll Address _____
_____
(If Debtor is a W-2 employee, must have Motion to Waive Wage Order filed by time of confirmation or Wage Order will be filed with Court.)
☐ Epay Doc # _____   ☒ Self Employed  ☐ Retired  ☐ Disability  ☐ Unemployed

☐ Non Standard Language      ☐ Mtn avoid lien/value claim
☐ Plan avoid lien/value claim
  Objection filed         ☐ Yes  ☐ No  Date filed _____
  Cert of compliance filed  ☐ Yes  ☐ No  Date filed _____
  Date set for hearing    ☐ Yes  ☐ No  Date _____