# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

In Re:  LORIE LYNN RONES

Debtor

Case No. 18-00728-SMT
Chapter 13

## TRUSTEE'S CONSENT PRAECIPE CONTINUING HEARING ON CONFIRMATION

The Trustee, having obtained the consent of the debtor and of all objecting creditors, states that the hearing on confirmation has been continued from February 15, 2019, 9:30 a.m. to April 26, 2019, 9:30 a.m.

The Trustee hereby certifies that the parties are entitled to obtain an automatic continuance pursuant to LBR 5071-1(b) and that the Trustee has arranged with the clerk of the Court the filing of this Praecipe to continue the hearing.

Respectfully submitted,

**/s/Nancy Spencer Grigsby**
NANCY L. SPENCER GRIGSBY
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
p. 301-805-4700
email: ngrigsby@ch13md.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2019, a copy of the foregoing Trustee's Consent Praecipe, was served on the debtor's attorney electronically via the CM/ECF system and a copy was mailed, postage prepaid, to the remaining entities:

LORIE LYNN RONES
2920 PENNSYLVANIA AVE, SE
WASHINGTON, DC  20020

KEVIN JUDD ESQ
601 PENNSYLVANIA AVE NW
SUITE 900 S
WASHINGTON, DC  20004

**/s/ Nancy Spencer Grigsby**
Nancy Spencer Grigsby
Chapter 13 Trustee