**Payment History**
**Lorie Lynn Rones**

| Date Received | Total Payment | Principal | Interest | Lender Note |
|---|---|---|---|---|
| 01/24/2019 | 497.75 | 266.35 | 231.40 | Loan Payment |
| 11/28/2018 | 497.75 | 374.15 | 123.60 | Loan Payment |
| 10/29/2018 | 497.75 | 256.38 | 241.37 | Loan Payment |