## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:

| | |
|---|---|
| Lorie Lynn Rones, DEBTOR | CASE NO. 18-00728-SMT |
| Walter L Peacock, CO-DEBTOR | TRIAL DATE: May 2, 2019 |
| Nancy Spencer Grigsby, TRUSTEE | CHAPTER 13 |

### NOTICE OF MOTION FOR RELIEF FROM STAY
### 2922 Pennsylvania Ave SE, Washington, D.C. 20020

NOTICE TO: Kevin D. Judd

    IF YOU DO NOT, WITHIN 17 days of filing of this motion,

    (A) FILE a written answer to this Motion, so as to be received at the Office of the clerk, U.S. Bankruptcy Court, U.S. Court, U.S. Courthouse, Room 1225, 3rd Street and Constitution Avenue, N.W., Washington, DC 20001, and

    (B) MAIL OR DELIVER copies of your answer (a) to the undersigned and also (b) to each person whose name and address appears in the Certificate or Verified Declaration of Service that accompanies this Motion,

    THEN THE COURT may treat the Motion as conceded and may grant it by DEFAULT, with or without a hearing.

*/s/ Dinh Ngo, Esq.*
Dinh Ngo, Esq.
Attorney for Movant
Bar No. VA055
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

IN RE:

| | |
|---|---|
| Lorie Lynn Rones, DEBTOR | CASE NO. 18-00728-SMT |
| Walter L Peacock, CO-DEBTOR | TRIAL DATE: May 2, 2019 |
| Nancy Spencer Grigsby, TRUSTEE | CHAPTER 13 |

### NOTICE OF MOTION FOR RELIEF FROM STAY
### 2922 Pennsylvania Ave SE, Washington, D.C. 20020

NOTICE TO: Lorie Lynn Rones

IF YOU DO NOT, WITHIN 17 days of filing of this motion,

(A) FILE a written answer to this Motion, so as to be received at the Office of the clerk, U.S. Bankruptcy Court, U.S. Court, U.S. Courthouse, Room 1225, 3rd Street and Constitution Avenue, N.W., Washington, DC 20001, and

(B) MAIL OR DELIVER copies of your answer (a) to the undersigned and also (b) to each person whose name and address appears in the Certificate or Verified Declaration of Service that accompanies this Motion,

THEN THE COURT may treat the Motion as conceded and may grant it by DEFAULT, with or without a hearing.

*/s/ Dinh Ngo, Esq.*
Dinh Ngo, Esq.
Attorney for Movant
Bar No. VA055
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com

17-800062

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE:

| | |
|---|---|
| Lorie Lynn Rones, DEBTOR | CASE NO. 18-00728-SMT |
| Walter L Peacock, CO-DEBTOR | TRIAL DATE: May 2, 2019 |
| Nancy Spencer Grigsby, TRUSTEE | CHAPTER 13 |

**NOTICE OF MOTION FOR RELIEF FROM STAY
2922 Pennsylvania Ave SE, Washington, D.C. 20020**

NOTICE TO:  Walter L Peacock

IF YOU DO NOT, WITHIN 17 days of filing of this motion,

(A) FILE a written answer to this Motion, so as to be received at the Office of the clerk, U.S. Bankruptcy Court, U.S. Court, U.S. Courthouse, Room 1225, 3rd Street and Constitution Avenue, N.W., Washington, DC 20001, and

(B)  MAIL OR DELIVER copies of your answer (a) to the undersigned and also (b) to each person whose name and address appears in the Certificate or Verified Declaration of Service that accompanies this Motion,

THEN THE COURT may treat the Motion as conceded and may grant it by DEFAULT, with or without a hearing.

*/s/ Dinh Ngo, Esq.*
Dinh Ngo, Esq.
Attorney for Movant
Bar No. VA055
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com

17-800062

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:

| | |
|---|---|
| Lorie Lynn Rones, DEBTOR | CASE NO. 18-00728-SMT |
| Walter L Peacock, CO-DEBTOR | TRIAL DATE: May 2, 2019 |
| Nancy Spencer Grigsby, TRUSTEE | CHAPTER 13 |

### NOTICE OF MOTION FOR RELIEF FROM STAY
### 2922 Pennsylvania Ave SE, Washington, D.C. 20020

NOTICE TO:  Nancy Spencer Grigsby

    IF YOU DO NOT, WITHIN 17 days of filing of this motion,

    (A) FILE a written answer to this Motion, so as to be received at the Office of the clerk, U.S. Bankruptcy Court, U.S. Court, U.S. Courthouse, Room 1225, 3rd Street and Constitution Avenue, N.W., Washington, DC 20001, and

    (B)  MAIL OR DELIVER copies of your answer (a) to the undersigned and also (b) to each person whose name and address appears in the Certificate or Verified Declaration of Service that accompanies this Motion,

    THEN THE COURT may treat the Motion as conceded and may grant it by DEFAULT, with or without a hearing.

                                      */s/ Dinh Ngo, Esq.*
                                       Dinh Ngo, Esq.
                                       Attorney for Movant
                                       Bar No. VA055
                                       McCabe, Weisberg & Conway, LLC
                                       312 Marshall Avenue, Suite 800
                                       Laurel, MD 20707
                                       301-490-1196
                                       bankruptcyva@mwc-law.com

17-800062