The Order below is hereby signed:

Signed: April 24 2019



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| LORIE LYNN RONES | * | CASE NO.: 18-0-0728-SMT |
| | | (Chapter 13) |
| | * | |
| Debtor | | |
| * * * * * * * | | |
| | * | |
| BMW BANK OF NORTH AMERICA | | |
| | * | |
| Movant | | |
| | * | |
| v. | | |
| | * | |
| LORIE LYNN RONES | | |
| WALTER LEROY PEACOCK, III | * | |
| | | |
| Respondents | * | |
| * * * * * * * * * * * * * | | |

### CONSENT ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY

Upon consideration of the Motion Seeking Relief From Automatic Stay And Co-Debtor Stay and to Reclaim Property filed by BMW Bank of North America, the Movant, with regard to the vehicle subject to its purchase money security interest, namely, one 2015 BMW 3 Series, serial number WBA3B5C51FF963536; and Movant and the

2

Debtor, Lorie Lynn Rones, having agreed to the terms of this Consent Order and no objection thereto have been filed by the Co-Debtor, Walter Leroy Peacock, III; it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the Automatic Stay and Co-Debtor Stay be, and it hereby is, terminated to allow Movant to exercise and enforce its state law and contractual rights and remedies with regard to the above-described vehicle; and it is further

ORDERED, that Movant shall dispose of said vehicle in a commercially reasonable manner and shall pay any surplus sale proceeds to the Respondents; and it is further

ORDERED, that Movant shall not exercise or enforce its state law and contractual rights and remedies with regard to the vehicle if the Debtor does the following:

a. Cures the arrearages in the amount of $1,493.25 by paying Movant $497.75 by May 1, 2019, by paying Movant $497.75 by June 1, 2019, and by paying Movant $497.75 by July 1, 2019; and

b. Resumes regular monthly contractual payments of $497.75 each to Movant, commencing 4/16/19 and continuing on the 16th day of each consecutive following month until the full amount owed under the contract for purchase of the vehicle has been paid; and

c. Pays Movant's counsel fees of $531.00 by paying Movant $531.00 by 8/01/19; and

d. Maintains a policy of comprehensive physical damage property insurance on the aforesaid vehicle, which protects Movant's interests therein and provides

Movant with proof of the same by 4/22/19 and within ten days of any subsequent request thereof.

AND IT IS FURTHER ORDERED, that if the Debtor fails to make any of the payments described above in full and on time, or fails to provide Movant with proof of insurance or maintain such insurance, as described in paragraph d above, then Movant may immediately exercise and enforce its state law and contractual rights and remedies with regard to the vehicle without further proceedings in this Court after filing a notice of any such default and serving the same on the Debtor and the Debtor's counsel, giving the Debtor ten days from the date of such notice to cure such default (limited to one such notice).

AND IT IS FURTHER ORDERED, that if the Debtor's Chapter 13 case is dismissed or converted to Chapter 7, then Movant may immediately exercise and enforce its state law and contractual rights and remedies with regard to the vehicle, without further proceedings in this Court, unless all defaults in payments are immediately and fully cured.

AND IT IS FURTHER ORDERED, that the Debtor having waived the application of F.R.Bankr.P. 4001(a)(3), this Order shall be enforceable on the date of its entry.

The undersigned hereby agree to the terms of the foregoing Consent Order Modifying Automatic Stay and Co-Debtor Stay.

| | |
|---|---|
| /s/ Kevin D. Judd | /s/ MICHAEL J. KLIMA, JR. |
| Kevin D. Judd | MICHAEL J. KLIMA, JR. #25562 |
| 601 Pennsylvania Ave NW | 8028 Ritchie Highway |
| Suite 900-South Bldg. | Suite 300 |
| Washington DC, DC 20004 | Pasadena, MD 21122 |
| 202-483-6070 | (410)768-2280 |
| Attorney for Debtor | Attorney for Movant |
| | Attorney File No.: 19-15388-0 |

I HEREBY CERTIFY, that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Consent Order.

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.

cc:   Michael J. Klima, Jr.
      8028 Ritchie Hwy S-300
      Pasadena, MD 21122

      Lorie Lynn Rones
      2920 Pennsylvania Ave, SE
      Washington, DC 20020

      Kevin D. Judd, Esq.
      601 Pennsylvania Ave NW
      Suite 900-South Bldg.
      Washington DC, DC 20004

      Nancy L. Spencer Grigsby, Trustee
      Chapter 13 Trustee
      185 Admiral Cochrane Dr.
      Suite 240
      Annapolis, MD 21401

**End of Order**

United States Bankruptcy Court
District of Columbia

In re:  
Lorie Lynn Rones  
    Debtor

Case No. 18-00728-SMT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 1     Date Rcvd: Apr 25, 2019  
                         Form ID: pdf001     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.  
db            +Lorie Lynn Rones,    2920 Pennsylvania Ave, SE,    Washington, DC 20020-3837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:

            Dinh Ngo    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 dngo@mwc-law.com  
            Kevin D. Judd    on behalf of Debtor Lorie Lynn Rones bkadmin@juddlawfirm.com, juddecf@gmail.com;juddkr71403@notify.bestcase.com  
            Michael J. Klima, Jr.    on behalf of Creditor    BMW Bank of North America, c/o AIS Portfolio Services, LP jklima@peroutkalaw.com,    bankruptcy@peroutkalaw.com  
            Nancy Spencer Grigsby    grigsbyecf@ch13md.com  
            U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV  
                                                                                       TOTAL: 5