The order below is hereby signed.

Signed: May 2 2019



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: LORIE LYNN RONES | : | |
| | : | Case No. 18-00728 |
| | : | |
| Debtor. | : | Chapter 13 |

### ORDER

Upon consideration of Debtor(s)' Counsel's Application For Allowance Of Compensation and Notice of Time to Respond to Application of Allowance of Compensation, and the entire record herein,

ORDERED that the Debtor(s)' Counsel's Application For Allowance Of Compensation and Notice of Time to Respond to Application of Allowance of Compensation, is hereby granted,

AND FURTHER ORDERED, that fees of $2,100.00 shall be paid to Kevin D. Judd as an unpaid administrative claim.

Copies to:

Nancy L. Spencer Grisby, Bankruptcy Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Kevin D. Judd, Esq.
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, DC 20004

Lorie Lynn Rones
2920 Pennsylvania Ave., SE
Washington, DC 20020

End of Order