## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:

| | |
|---|---|
| Lorie Lynn Rones, DEBTOR | CASE NO. 18-00728-SMT |
| Walter L Peacock, NON-FILING CO-DEBTOR | TRIAL DATE: May 23, 2019 |
| Nancy Spencer Grigsby, TRUSTEE | CHAPTER 13 |

### NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM STAY
### 2922 Pennsylvania Ave SE, Washington, D.C. 20020

HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 herein, has filed papers with the court seeking relief from the automatic stay of 11 U.S. C. Sec. 362 (a) to enable it to collect all or any part of a consumer debt from the Debtor and/or from an individual that is liable on the debt with the Debtor or has guaranteed the debt.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

The hearing is scheduled for **May 23, 2019 at 2:00 p.m.** before the United States Bankruptcy Judge for the District of Columbia, in Courtroom No. 1, 2nd Floor, 333 Constitution Avenue, NW, Washington, DC 20001.

DATE: May 3, 2019

*/s/ Dinh Ngo, Esq.    [dn 5/3/19]*
Dinh Ngo, Esq
Attorney for Movant
Bar No. VA055
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, #800
Laurel, MD  20707
301-490-1196
bankruptcyva@mwc-law.com

17-800062

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Preliminary Hearing, Notice of Motion for Relief from Stay, and the Motion for Relief from Stay with exhibits were mailed, first class, postage prepaid, on May 3, 2019, to Lorie Lynn Rones, 2920 Pennsylvania Ave, SE, Washington, D.C. 20020, Walter L Peacock, 2920 Pennsylvania Ave SE, Washington, D.C. 20020, Kevin D. Judd, Attorney for Debtor at 601 Pennsylvania Ave., N.W., Suite 900 - South Building, Washington, D.C. 20004 and Nancy Spencer Grigsby, Trustee at 185 Admiral Cochrane Dr., Suite 240, Annapolis, MD 21401.

>*/s/ Dinh Ngo, Esq.*
>Dinh Ngo, Esq

17-800062