CASE HEARING SUMMARY
(This is NOT an ORDER)

Date: 05/02/2019  Time: 02:00

**FILED**
MAY 0 2 2019
Clerk, U.S. District and
Bankruptcy Courts

**CASE: 18-00728-SMT Lorie Lynn Rones : CHAPTER 13**

Kevin D. Judd representing Lorie Lynn Rones (Debtor)
Nancy Spencer Grigsby (Trustee)
(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[76] Motion for Relief from Stay regarding 2922 Pennsylvania Ave SE, Washington, D.C. 20020. Fee Amount $181, Filed by HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 (Attachments: # 1 Recorded Deed of Trust, Assignment, Note, Note Endorsement, Prepayment Rider to Note # 2 Post-Petition Payment History/Ledger # 3 Proposed Order)

**MOVANT** : HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 BY D Ngo;

DE# 85 debtor objection    DE# ___
DE# 88 Peacock opposition   DE# ___
DE# ___                     DE# ___
DE# ___                     DE# ___

DISPOSITIONS:
  Granted___   Sustained___   Denied___
  Overruled___ Withdrawn___   Under Adv.___
  Moot___      Consent___     Dismissed___
  Continued to: _May 23_____, 20_19_, AT _2:00 P_.M.
  Proposed Order To Be Submitted By ___/___/___
  By [ ]Court [ ]Movant [ ]Opposing Party [ ]Trustee [ ]Jointly

DECISION:

[ ] Signed by Court              [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel         [ ] Court
    [ ] Respondent's counsel     [ ] Other _____

NOTES:   No appearances

Case 18-00728-SMT    Doc 94    Filed 05/02/19    Entered 05/03/19 14:26:14    Desc Main
Document    Page 2 of 3

_S. Martin Teel, Jr._
S. Martin Teel, Jr., United States Bankruptcy Judge