UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: LORIE LYNN RONES             :
                                    :
                                    :   Case No. 18-00728
                                    :
                Debtors.            :   Chapter 13

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Comes now, Kevin D. Judd, counsel of record in the above-captioned matter, who has heretofore entered his appearance as counsel for the debtor, respectfully moves this Honorable Court to permit his withdrawal as counsel of record for the debtor. In support of this motion, counsel submits the following:

1. The debtor filed this instant Chapter 13 case pro se on November 8, 2018. Undersigned counsel subsequently entered his appearance in this instant case on behalf of the debtor, to file and amend all necessary documents to complete the filing requirements of a Chapter 13 case under the Bankruptcy Code and to facilitate the confirmation of her Chapter 13 Plan.

2. Subsequently, undersigned counsel agreed to file an answer and represent the debtor in the lift stay matter filed by Ocwen Loan Servicing, LLC in this case. Shortly after undersigned counsel filed an opposition to the aforementioned motion, the debtor's spouse filed an opposition substantially utilizing the format of undersigned counsel's opposition, but utilizing a different legal strategy to resolve the matter. After undersigned counsel and debtor discussed the variance of the legal strategy employed by her husband and undersigned counsel, she ultimately decided to employ her husband's strategy and to abandon undersigned counsel's

recommendation.

3. As a result of the facts in paragraph 2, unfortunately, the attorney-client relationship is irreparably harm. As indicated above, there are irreconcilable differences in legal theories between the debtor and undersigned counsel, as it relates to this instant Chapter 13 case. In the interest of fair justice and fair play, this court should honor undersigned counsel's request to withdraw as counsel in this matter.

WHEREFORE, undersigned counsel respectfully requests that this motion be granted.

By  /s/ Kevin Judd
Kevin D. Judd
Attorney for Debtor
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, D.C. 20004
Telephone: 202-483-6070

### NOTICE OF MOTION AND OPPORTUNITY TO OBJECT TO MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE THAT WITHIN SEVEN (7) DAYS OF MAY 13, 2019, THE DATE OF THIS NOTICE**, the debtor should obtain other counsel, if the debtor intends to conduct the case in proper person or if you wish to object to the Motion to Withdraw as Counsel, you must file and serve a written objection to this motion and a proposed order under Local Bankruptcy Rule 9010-2. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC 20001, and served (by delivery or mailing of copies) upon the undersigned. The opposition may append affidavits and documents you wish to attach in support of your claim.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING**. The Court may grant the motion without a hearing, in its discretion, if the objection filed states inadequate grounds for denial. You may file and serve with or include in the objection a request for hearing which may be held in the Court's discretion.

Dated: May 13, 2019

By  /s/ Kevin Judd
Kevin D. Judd
Attorney for Debtor
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, D.C. 20004
Telephone: 202-483-6070

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Notice of Motion and Opportunity to Object were e-mailed and mailed first-class to Lorie Lynn Rones, 2920 Pennsylvania Ave., SE, Washington, DC 20018, and e-mailed via ECF to Chapter 13 Trustee Nancy Spencer Grisby, on this 13th day of May 2019.

/s/ Kevin Judd
Kevin D. Judd

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:  LORIE LYNN RONES    :
:
:   Case No. 18-00728
:
Debtors.    :   Chapter 13

**ORDER**

Upon consideration of the Motion To Withdraw As Counsel Of Record, filed on May 13, 2019,

ORDERED that the Motion To Withdraw As Counsel Of Record, filed on May 13, 2019 is hereby granted, and Kevin Judd, Esq. is no longer the attorney of record in this matter.

Copies to:

Nancy L. Spencer Grisby, Bankruptcy Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Kevin D. Judd, Esq.
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, DC 20004

Lorie Lynn Rones
2920 Pennsylvania Ave., SE
Washington, DC 20018

Office of the U.S. Trustee

End of Order