

IN THE UNITED STATES BANKRUPTCY COURT

WASHINGTON DC

IN PROCEEDINGS:

18-00728

DEBTOR(S):

LORIE LYNN RONES

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 5 IN THE AMOUNT OF $1,577.40

CREDITOR'S SIGNATURE:

/s/ William Andrews

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

5/14/2019