The order below is hereby signed.

Signed: May 22 2019



```
                          _____
                                 S. Martin Teel, Jr.
                             United States Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:  LORIE LYNN RONES         :
                                 :
                                 :    Case No. 18-00728
                                 :
          Debtors.               :    Chapter 13

### ORDER

Upon consideration of the Motion To Withdraw As Counsel Of Record, filed on May 13, 2019,

ORDERED that the Motion To Withdraw As Counsel Of Record, filed on May 13, 2019 is hereby granted, and Kevin Judd, Esq. is no longer the attorney of record in this matter.

Copies to:

Nancy L. Spencer Grisby, Bankruptcy Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Document      Page 2 of 2

Kevin D. Judd, Esq.
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, DC 20004

Lorie Lynn Rones
2920 Pennsylvania Ave., SE
Washington, DC 20018

Office of the U.S. Trustee

End of Order