UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

Lorie Lynn Rones, DEBTOR                : Case No.: 18-00728

Walter L. Peacock, NON_FILING Spouse   : Hearing Date: May 23, 2019

Nancy Spencer Grigsby, TRUSTEE          : Chapter 13

**CONSENT MOTION FOR CONTINUANCE TO RETAIN LEGAL REPRESENTATION**

Lorie Lynn Rones, DEBTOR, Pro SE, respectfully requests a continuance of all matters so that DEBTOR can obtain legal representation. The Order withdrawing DEBTOR's previous representation was entered yesterday evening on 5/22/2019.

By  _/s/ Lorie Lynn Rones_
Lorie Lynn Rones, Pro SE
2920 Pennsylvania Avenue, SE
Washington, D.C. 20020
Telephone: 202-705-2752

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2019, the foregoing CONSENT MOTION FOR CONTINUANCE TO RETAIN LEGAL REPRESENTATION was mailed, via First Class Mail to the Chapter 13 Trustee, Nancy L. Spencer Grisby, Dinh Ngo, Esq., attorney for HSBC Bank, and Walter Peacock.

Copies to:

Nancy L. Spencer Grisby, Bankruptcy Trustee
185 Admiral Cochrane Drive
Annapolis, MD 21401

Dinh Ngo, Esq.
Attorney for HSBC Bank
Bar No. VA055
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196

Walter Peacock
2920 Pennsylvania Ave. SE
Washington, DC 20020

*Lorie Lynn Rones*
Lorie Lynn Rones

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

Lorie Lynn Rones, DEBTOR  : Case No.: 18-00728

Walter L. Peacock, NON_FILING Spouse  : TRIAL DATE: May 23, 2019

Nancy Spencer Grigsby, TRUSTEE  : Chapter 13

## ORDER

Upon consideration of Debtor's CONSENT MOTION FOR CONTINUANCE TO RETAIN LEGAL REPRESENTATION and the entire record herein, ORDERED, that the Motion is hereby granted. Hearing will be continued on _____.

Copies to:

Nancy L. Spencer Grisby, Bankruptcy Trustee
185 Admiral Cochrane Drive
Annapolis, MD 21401

Dinh Ngo, Esq.
Attorney for HSBC Bank
Bar No. VA055
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com

Walter Peacock
2920 Pennsylvania Ave. SE
Washington, DC 20020

End of Order