CASE HEARING SUMMARY
**(This is NOT an ORDER)**

Date: 06/06/2019 Time: 02:00

**FILED**

**JUN 0 6 2019**

Clerk, U.S. District and
Bankruptcy Courts

**CASE: 18-00728-SMT Lorie Lynn Rones : CHAPTER 13**
PRO SE representing Lorie Lynn Rones (Debtor)

Nancy Spencer Grigsby (Trustee)

(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[76] Motion for Relief from Stay regarding 2922 Pennsylvania Ave SE,
Washington, D.C. 20020. Fee Amount $181, Filed by HSBC Bank USA,
National Association, as Trustee for Nomura Home Equity Loan, Inc.,
Asset-Backed Certificates, Series 2006-FM2 (Attachments: # 1 Recorded
Deed of Trust, Assignment, Note, Note Endorsement, Prepayment Rider to
Note # 2 Post-Petition Payment History/Ledger # 3 Proposed Order)

**MOVANT** : HSBC Bank USA, National Association, as Trustee for Nomura Home Equity
Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 BY D Ngo;

DE# 85 debtor objection        DE# ____ _____

DE# 88 Peacock objection        DE# ____ _____

DE# ____ _____        DE# ____ _____

DE# ____ _____        DE# ____ _____

DISPOSITIONS:
Granted ✓    Sustained____    Denied____
Overruled____    Withdrawn____    Under Adv.____
Moot_____    Consent_____    Dismissed_____
Continued to: _____, 20____, AT ____:____ ____.M.
Proposed Order To Be Submitted By ____/____/____
By [ ]Court [ ]Movant [ ]Opposing Party [ ]Trustee [ ]Jointly

DECISION:

[ ] Signed by Court        [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel        [ ] Court
    [ ] Respondent's counsel        [ ] Other _____

NOTES:

_____
_____
_____
_____
_____

S. Martin Teel, Jr. , United States Bankruptcy Judge

**LOCAL OFFICIAL FORM NO. 8**

_Debtor_'s **WITNESS AND EXHIBIT RECORD**

| 6/6/19 Date | 18-728 Case or Adv. Pro. No. | Operator* | 1 Page Number |
|---|---|---|---|
| Name of Witness | Brief Description of Testimony to be Elicited | Estimated Time to Elicit Testimony | Date Called* |
| Walter Peacock | | | 6/6/19 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use

Page 1 of 1