The order below is hereby signed.

Signed: June 6 2019



　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　S. Martin Teel, Jr.
　　　　　　　　　　　　　　　United States Bankruptcy Judge

　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
LORIE LYNN RONES,              )   Case No. 18-00728
                               )   (Chapter 13)
         Debtor.               )

　　　　　ORDER RE DEBTOR'S MOTION TO CONTINUE
　　HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY

　　　　The debtor's motion to continue the hearing on the motion for relief from the automatic stay scheduled for May 23, 2019, will be denied (because the hearing has already been continued to June 6, 2019, and because there is no cause to continue the hearing beyond that date).  The creditor agreed to a continuance of the hearing to June 6, 2019, as reflected by the case hearing summary for the hearing of May 23, 2019, and the creditor sent the debtor a notice on May 30, 2019, regarding the continued hearing date.  The debtor's counsel moved to withdraw on May 13, 2019, and he was allowed to withdraw on May 22, 2019.  The debtor has more than adequate time to obtain replacement counsel.  It is

　　　　ORDERED that the debtor's motion (Dkt. No. 103) to continue the hearing on the motion for relief from the automatic stay set

for May 23, 2019, id DENIED (except that the hearing has already been continued until June 6, 2019 at 2:00 p.m.).

[Signed and dated above.]

Copies to: Debtor; e-recipients of orders.