# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In Re:                                          |
                                                |      Case No. **18-00728-SMT**
**Lorie Lynn Rones**                            |      Chapter 13
Pro Se Debtor                                   |      Hearing Date: **August 16, 2019**
                                                |                      **11:00 a.m.**

## MOTION TO DISMISS AND
## NOTICE OF OPPORTUNITY FOR A HEARING

Nancy Spencer Grigsby, Chapter 13 Trustee in the above-captioned case

("Trustee"), pursuant to section 1307(c) of the Bankruptcy Code and Bankruptcy Rule

1017(f), requests the Court to dismiss this case.  In support of her request, the Trustee

respectfully represents the following:

1.  That the Debtor commenced this case under Chapter 13 on November 9, 2018.

    The Plan, as confirmed, provided that the Debtor would make payments in the

    amount of $400 per month for a total term of sixty (60) months or until all

    allowed claims are paid in full plus 4.5% interest. Total gross funding is $24,000.

2.  That given the size of the allowable claims filed, the plan is underfunded.

    Specifically, the U. S. Department of Education filed a proof of claim on April 25,

    2019, asserting a claim in the amount of $136,722.67.

3.  That the Debtor has failed to propose a modified plan to provide for the additional

    funding needed to pay all allowed claims in full plus 4.5% interest.


WHEREFORE, the Trustee moves that the subject case be dismissed pursuant to 11

U.S.C. 1307(c).

Respectfully submitted,

Date:  July 15, 2019                                **/s/ Nancy Spencer Grigsby**
                                                    Nancy Spencer Grigsby
                                                    Chapter 13 Trustee
                                                    185 Admiral Cochrane Dr., Ste. 240
                                                    Annapolis, MD 21401
                                                    ngrigsby@ch13md.com

## NOTICE OF OPPORTUNITY TO OBJECT TO MOTION TO DISMISS

**UNLESS OTHERWISE NOTED, HEARING ON THE ABOVE-CAPTIONED MOTION FOR DISMISSAL IS SET AT 11:00 A.M. ON AUGUST 16, 2019**

**PLEASE TAKE NOTICE THAT WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF THIS NOTICE** you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC 20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

## CERTIFICATE OF SERVICE

I hereby certify that the Motion to Dismiss and Opportunity for Hearing was served on July 15, 2019 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid to:

Lorie Lynn Rones
2920 Pennsylvania Ave., SE
Washington, DC 20020
*Pro Se Debtor*

                                                    **/s/Nancy L Spencer Grigsby**
                                                    Nancy L Spencer Grigsby
                                                    Chapter 13 Trustee