The order below is hereby signed.

Signed: August 15 2019



*S. Martin Teel Jr.*

S. Martin Teel, Jr.
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

In Re:

**Lorie Lynn Rones**

Pro Se Debtor(s)

Case No**. 18-00728-SMT**
Chapter 13

**ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE
ON MOTION OF CHAPTER 13 TRUSTEE AND
NOTICE THAT AUTOMATIC STAY IS TERMINATED**

Upon consideration of the Motion to Dismiss filed by the Chapter 13 Trustee, and it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. Sec. 1307 (c) because of under-funding of the Debtor's confirmed plan with respect to the claims filed, there being no response filed by the Debtor, and dismissal is in the best interests of creditors and the estate, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed; and

ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. Section 362(a) is terminated.

Cc:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

Lorie Lynn Rones
2920 Pennsylvania Ave., SE
Washington, DC 20020
*Pro Se Debtor*

All creditors and parties in interest listed on the court mailing matrix