The order below granting the motion for relief from the automatic stay is hereby signed.

The court ruled at a hearing of June 6, 2019, that the motion would be granted but inadvertently did not sign the order until now. The automatic stay has already terminated by reason of the dismissal of the case, but if that dismissal order were vacated, relief from the stay would be in effect pursuant to this order.

It is further

ORDERED that this order is not stayed under Fed. R. Bankr. P. 4001(a)(3).

Dated: August 16, 2019.

_____
S. Martin Teel, Jr.
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:

| | |
|---|---|
| Lorie Lynn Rones, DEBTOR | CASE NO. 18-00728-SMT |
| Walter L Peacock, NON-FILING CO-DEBTOR | TRIAL DATE: June 6, 2019 |
| Nancy Spencer Grigsby, TRUSTEE | CHAPTER 13 |

### ORDER TERMINATING AUTOMATIC STAY
### Real Property at 2922 Pennsylvania Ave SE, Washington, D.C. 20020

Upon consideration of the Motion for Relief from Stay filed by the Movant, HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2, Movant (Ocwen Loan Servicing LLC), Servicer, the Debtor's response thereto, and the court having held a hearing on June 6, 2019 at which it determined that cause to terminate the automatic stay existed pursuant to 11 USC §362(d)(1) and (d)(2) and 1301(c), it is:

ORDERED, that the stay of 11 U.S.C. Section 362(a) and 1301(a) be and hereby is terminated so as to permit the Noteholder, or its assigns, to enforce its rights under the provisions of the Deed of Trust, and/or to resume or commence foreclosure proceedings under the

17-800062

provisions of the Deed of Trust dated May 9, 2006, and recorded among the land records of the District of Columbia as Instrument Number 2006071336 and secured by the real property of the Debtor at 2922 Pennsylvania Ave SE, Washington, D.C. 20020; provided, however, that any surplus proceeds from the foreclosure sale, after the satisfaction of Movant's debt and payment of sale costs, shall be paid to the trustee for distribution through the bankruptcy estate; and, it is further;

ORDERED, that this relief shall apply to proceedings for possession of the real property after the foreclosure.

**PARTIES TO RECEIVE COPIES:**

Lorie Lynn Rones
2920 Pennsylvania Ave SE
Washington, D.C.  20020

Walter L Peacock
2920 Pennsylvania Ave SE
Washington, D.C.  20020

Copies were sent electronically via the CM/ECF system to Nancy Spencer Grigsby, Trustee.

17-800062