The order below is hereby signed.

Signed: February 8 2019



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

IN RE:
**WALTER LEROY PEACOCK**

　　　　　　　　Debtor

Case No. **16-00615-SMT**
Chapter 13

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case, and any responses thereto, and after any hearing thereon, good cause appearing therein, it is,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed, in accordance with 11 U.S.C. §1307(c); and ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:　　WALTER LEROY PEACOCK
　　　　2922 PENNSYLVANIA AVENUE SE
　　　　WASHINGTON, DC  20020
　　　　*Debtor*

　　　　CATHY A BRAXTON
　　　　300 NEW JERSEY AVE NW
　　　　SUITE #900
　　　　WASHINGTON, DC  20001
　　　　*Attorney for Debtor*

NANCY L. SPENCER GRIGSBY
*Chapter 13 Trustee*
*185 ADMIRAL COCHRANE DR.*
*SUITE 240*
*ANNAPOLIS, MD  21401*

All Creditors and Parties of Interest